

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Beth Watkins, Justice
           Lori I. Valenzuela, Justice

Appellant's motion for rehearing is currently due on August 19, 2021. On August 16, 2021, appellant filed an unopposed motion requesting an extension of that deadline until September 20, 2021. After consideration, appellant's motion is **GRANTED**. We **ORDER** appellant to file his motion for rehearing **by September 20, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court